Alejandro P. Gutierrez, SBN 107688
agutierrez@hathawaylawfirm.com
HATHAWAY, PERRETT, WEBSTER,
POWERS, CHRISMAN & GUTIERREZ
5450 Telegraph Road, Suite 200
Ventura, California 93003
Telephone: (805) 644-7111
Facsimile: (805) 644-8296

Debora S. Vierra, SBN 182560
LAW OFFICES OF DEBORA S. VIERRA
594 Poli Street
Ventura, California 93001
Telephone: (805) 648-1047
Facsimile: (805) 648-1299

Attorneys for Plaintiff
PETER J. MORENO

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER J. MORENO,<br><br>    Plaintiff,<br><br>vs.<br><br>DAIRY FARMERS OF AMERICA, INC., a California corporation, et al.,<br><br>    Defendants. | Case No. CV 10-02777-AHM (RZx)<br><br>ORDER ON STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>*Complaint filed February 18, 2010* |

Pursuant to the Stipulation of the Parties, this Action is hereby Dismissed With Prejudice.

Dated: December 15, 2010

_____
Honorable Judge of the
United States District Court

**JS-6**

---
1
**ORDER FOR DISMISSAL OF ENTIRE ACTION**